IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cv-379 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| SEVEN THOUSAND FIVE HUNDRED DOLLARS IN UNITED STATES CURRENCY ($7,500.00), | : : | |
| Defendant. | : | |

## ORDER LIFTING STAY

This matter is before the Court on the Plaintiff United States' Motion to Lift Stay (Doc. No. 8). Following a motion of the United States, the Court stayed this civil forfeiture proceeding pending the conclusion of the related criminal case. (Doc. No. 6.) Since that entry, potential claimant Anthony Curlett has consented to the forfeiture of the defendant.

Therefore, it is hereby **ORDERED** that the Plaintiff United States' Motion to Lift Stay is **GRANTED**. The United States is directed to submit the appropriate filings to complete this action.

**IT IS SO ORDERED.**

*/s/ Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE